1   BARRY E. HINKLE, Bar No. 071223
    LINDA BALDWIN JONES, Bar No. 178922
2   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501-1091
    Telephone 510.337.1001
5   Fax 510.337.1023

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  KEN WALTERS and JOHN BONILLA, in          )   No.    C05-03779 SC
    their respective capacities as Trustees of the  )
12  OPERATING ENGINEERS HEALTH AND            )
    WELFARE TRUST FUND FOR NORTHERN           )   **STIPULATION FOR ENTRY OF**
13  CALIFORNIA; TRUSTEES OF THE               )   **JUDGMENT; PROPOSED ORDER**
    PENSION TRUST FUND FOR OPERATING          )
14  ENGINEERS; TRUSTEES OF THE                )
    PENSIONED OPERATING ENGINEERS             )
15  HEALTH AND WELFARE FUND;                  )
    TRUSTEES OF THE OPERATING                 )
16  ENGINEERS AND PARTICIPATING               )
    EMPLOYERS PRE-APPRENTICESHIP,             )
17  APPRENTICE AND JOURNEYMEN                 )
    AFFIRMATIVE ACTION TRAINING FUND;         )
18  TRUSTEES OF THE OPERATING                 )
    ENGINEERS VACATION AND HOLIDAY            )
19  PLAN,                                     )
                                              )
20              Plaintiffs,                   )
                                              )
21         v.                                 )
                                              )
22  PACIFIC SAND & GRAVEL, INC., A            )
    California Corporation;                   )
23                                            )
                Defendant.                    )
24  _____ )

25  ///

26  ///

27  ///

28  ///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
Case No. C05-03779 SC

The parties hereto hereby stipulate and agree as follows:

Plaintiffs Ken Walters and John Bonilla, in their capacity as a Trustees of the Plaintiff Trust Funds (hereinafter referred to collectively as "Trust Funds" or "Plaintiffs"), have brought the above-captioned action against Pacific Sand & Gravel, Inc., a California Corporation (hereinafter referred to as "Pacific Sand" or "Defendant"). Plaintiffs, in this action, sought an audit entry as well as the payment of any unpaid fringe benefit contributions, liquidated damages, interest found to be due and owing as a result of the audit. Plaintiffs are also seeking all attorney's fees, audit costs and other reasonable expenses incurred in connection with this action. The parties are desirous of settling this action and as such, the parties hereby stipulate and agree to settle this action under the following terms:

Defendant agrees to have judgment entered against it as follows:

1.      Defendant agrees to have judgment entered against them in the amount of $68,419.77, which includes fringe benefit contributions in the amount of $9,472.69 for contributions owed for the period of May 1, 2005 through May 31, 2005, plus liquidated damages and interest in the amount of $7,466.43; $12,906.15 for contributions owed pursuant to an audit of Defendant's records conducted by the Trust Funds for the period of January 1, 2002 through December 31, 2003, liquidated damages and interest in the amount of $6,826.26 for amounts owed pursuant to this audit, and audit costs of $1,967.05; $12,975.42 for contributions owed pursuant to an audit of Defendant's records conducted by the Trust Funds for the period of January 1, 2004 through December 31, 2005, liquidated damages and interest in the amount of $3,221.44 for amounts owed pursuant to this audit, and audit costs of $1,284.33; and $12,300.00 in attorneys' fees expended pursuing these amounts

2.      The parties hereto further agree that Plaintiffs will file a Notice of Lien in the pending action between Pacific Cement Company, LLC, et al. and the City and County of San Francisco, et al., Case No. CGC-05-443263, filed July 21, 2005, in the amount of $68,419.77.

3.      Additionally, Defendant agrees to remain bound to the collective bargaining agreement with the Operating Engineers Local Union No. 3 and comply with its obligations.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510 337 1001

- 2 -

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
Case No. C05-03779 SC

4.    Plaintiffs also waive and relinquish the right to collect the amounts described in this Stipulation for Entry of Judgment from Richard Ramirez or any other officer or director of Pacific Sand.

5.    Both Parties agree that this Stipulation for Entry of Judgment shall bind their heirs, personal representatives, or executors, administrators and assigns, and shall inure to the benefit of their agents, employees, servants and successors.

6.    The Stipulation for Entry of Judgment may be executed in counterpart.

7.    Defendant acknowledges to Plaintiffs that Defendant has had the opportunity to be represented by independent legal counsel of its own choice throughout all of the negotiations that preceded the execution of this Stipulation for Entry of Judgment.  Plaintiffs and Defendant further acknowledges that they have had adequate opportunity to perform whatever investigation or inquiry they may deem necessary in connection with the subject matter of this Stipulation for Entry of Judgment  prior to its execution, and agree with the delivery and acceptance of the considerations specified in this Stipulation for Entry of Judgment.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
Case No. C05-03779 SC

1    The parties have read the foregoing Stipulation for Entry of Judgment and are fully aware

2  of its contents and legal facts.

3  Dated: _12/21/08_____

4

5                              By: _____
                                   Ricardo Ramirez, as _Gen Couns_
6                              PACIFIC SAND & GRAVEL, INC., a California
                               Corporation ~~~~~~~~~~~~~~~~
7                              ~~~~~~~~~~~~~~

8  Dated: _____

9

10                             By: _____
                                   Wayne McBride
11                             Collection Manager for Operating Engineers Local
                               3 Trust Funds
12

13  **Approved as to Form and Content by:**

14  Dated: _____

15                             WEINBERG, ROGER & ROSENFELD
                               A Professional Corporation
16

17                             By: _____
                                   CONCEPCIÓN LOZANO-BATISTA
18                             Attorneys for Operating Engineers Local 3 Trust
                               Funds
19

20                             ROSENBAUM & ASSOCIATES

21  Dated: _12/21/06_____

22                             By: _____
                                   NEIL ROSENBAUM
23  ///                        Attorney for PACIFIC SAND & GRAVEL, INC.

24  ///

25  ///

26  ///

27  ///
    ///
28

Jan 11 2007 2:06PM OPERATING ENG TRUST FUND 19169204145 p.2
Case 3:05-cv-03703-SC Document 25 Filed 01/16/2007 Page 5 of 7

Jan 11 07 12:47p        Conchita Lozano-Batista                    415-864-3571              p.5

1    The parties hereto mutually state that they have read the foregoing Stipulation for Entry of

2    Judgment and are fully aware of its contents and legal facts.

3
     Dated: _____
4

5                                          By: _____

6                                              Ricardo Ramirez, as _____
                                               PACIFIC SAND & GRAVEL, INC., a California
7                                              Corporation

8    Dated: _1-11-07_

9                                          By: _Wayne E. McBride /fb/_

10                                             Wayne McBride
                                               Collection Manager for Operating Engineers Local
11                                             3 Trust Funds

12   **Approved as to Form and Content by:**

13
     Dated: _____
14                                             WEINBERG, ROGER & ROSENFELD
                                               A Professional Corporation
15

16                                         By: _____
                                               CONCEPCIÓN LOZANO-BATISTA
17                                             Attorneys for Operating Engineers Local 3 Trust
                                               Funds
18

19                                             ROSENBAUM & ASSOCIATES

20   Dated: _____

21                                         By: _____
                                               NEIL ROSENBAUM
22                                             Attorney for PACIFIC SAND & GRAVEL, INC.
     ///
23
     ///
24
     ///
25
     ///
26
     ///
27   ///

28                                              [PROPOSED] ORDER
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation                             -4-

1    The parties hereto mutually state that they have read the foregoing Stipulation for Entry of

2    Judgment and are fully aware of its contents and legal facts.

3

4    Dated: _____

5                                        By: _____
6                                        Ricardo Ramirez, as _____
                                         PACIFIC SAND & GRAVEL, INC., a California
7                                        Corporation

8    Dated: _____

9                                        By: _____
10                                       Wayne McBride
                                         Collection Manager for Operating Engineers Local
11                                       3 Trust Funds

12   **Approved as to Form and Content by:**

13   Dated: _January 11, 2007_

14                                       WEINBERG, ROGER & ROSENFELD
                                         A Professional Corporation
15

16                                       By: _____
17                                       CONCEPCION LOZANO-BATISTA
                                         Attorneys for Operating Engineers Local 3 Trust
18                                       Funds

19                                       ROSENBAUM & ASSOCIATES

20   Dated: _____

21                                       By: _____
22                                       NEIL ROSENBAUM
                                         Attorney for PACIFIC SAND & GRAVEL, INC.
23   / / /

24   / / /

25   / / /

26   / / /

27   / / /
     / / /

28                                       **[PROPOSED] ORDER**

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation                       - 4 -

/ / /

**[PROPOSED] ORDER**

It is so ordered that Judgment is entered against Defendant Pacific Sand & Gravel, Inc., A California Corporation, as set forth in the Stipulation For Entry of Judgment.

Dated: _____1/16/07_____



The _____ Judge

111121/442762

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
Case No. C05-03779 SC